UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DEBORAH ANN ROKITA                                    Case No.: 5-13-02998-JJT
                                                      Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**
Creditor Name:                    CARRINGTON MORTGAGE SERVICES, LLC
Court Claim Number:               04
Last Four of Loan Number:         4521
Property Address if applicable:   412 GILBERT STREET, SCRANTON, PA  18508

**PART 2:** **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:                                              $25,982.06
b. Prepetition arrearages paid by the Trustee:                                  $25,982.06
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):                                             $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:                     $0.00
e. Allowed postpetition arrearage:                                              $0.00
f. Postpetition arrearages paid by the Trustee:                                 $0.00
g. Total b, d, f:                                                               $25,982.06

**PART 3:** **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 17, 2018 	Respectfully submitted,

s/ Charles J. DeHart, III, Trustee  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Drive  
Hummelstown, PA  17036  
Phone:  (717) 566-6097  
Fax:  (717) 566-8313  
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

DEBORAH ANN ROKITA  Case No.: 5-13-02998-JJT
 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on April 17, 2018.

DEBORAH ANN ROKITA
412 GILBERT ST.
SCRANTON, PA  18508

CARRINGTON MORTGAGE SERVICES, LLC
1600 S. DOUGLASS ROAD
ANAHEIM, CA,  92806

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA,  18504-

Date: April 17, 2018

s/   Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com