```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                        Case No. 13-02998-JJT
Deborah Ann Rokita                                            Chapter 13
     Debtor            **CERTIFICATE OF NOTICE**

District/off: 0314-5       User: DDunbar         Page 1 of 2         Date Rcvd: Jun 13, 2018
                      Form ID: fnldecnd    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.
```
db            +Deborah Ann Rokita,    412 Gilbert St.,    Scranton, PA 18508-1626
4329490        Arrow Financial Services,    no street address provided,    Glens Falls, NY 12801
4329491       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,     Bankruptcy Department,
                 4161 Piedmont Pkwy., NC4-105-03-14,    Greensboro, North Carolina 27410)
4376482        CitiFinancial Services, Inc.,    P.O. Box 6043,    Sioux Falls , SD 57117-6043
4329493        Citifinancial,    Bankruptcy Department,    PO Box 6030,    Sioux Falls, SD 57117-6030
4329494       +City of Scranton,    c/o Northeast Revenue Svc.,    340 N. Washington Ave.,    Attn: Delinquen,
                 Scranton, Pennsylvania 18503-1582
4329495        HSBC Card Services,    P.O. Box 80084,    Salinas, California 93912-0084
4329496       +Lackawanna County Tax Claim Bureau,    135 Jefferson Ave,    Scranton, PA 18503-1716
4329497       +Lackawanna County Tax Claim Bureau,    135 Jefferson Ave. Ste 101,
                 Scranton, Pennsylvania 18503-1716
4329499       +Maguire Electronics,    109 Salem Avenue,    Carbondale, Pennsylvania 18407-2005
4329501       +PNC Bank,    Consumer Loan Center,    Mailstop P5-PCLC-02-R,    2730 Liberty Aven,
                 Pittsburgh, Pennsylvania 15222-4704
4329500       +Phelan Hallinan, LLP,    One Penn Center Plaza,    1617 JFK Blvd, Ste. 1400,
                 Philadelphia, Pennsylvania 19103-1814
4329504        Single Tax Office,    William L. Courtright, Tax Collector,    P.O. Box 709,
                 Scranton, Pennsylvania 18501-0709
4990551       +Wilmington Savings Fund Society,    c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
5005773       +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
5005774       +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806,    Wilmington Savings Fund Society, FSB,
                 Carrington Mortgage Services, LLC 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: cbp@onemainfinancial.com Jun 13 2018 18:57:23      Onemain,    PO Box 70912,
                 Charlotte, NC 28272-0912
4376645        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 13 2018 18:59:11      Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
4329492        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2018 18:57:07      Capital One,
                 P.O 30285,    Salt Lake City, Utah 84130-0285
4329498        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2018 18:56:52      LVNV Funding LLC,
                 P.O. Box 10497,    Greenville, South Carolina 29603-0497
4393622         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2018 19:07:44
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services, Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4393623         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2018 18:57:29
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4395788         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2018 18:56:52
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4329502         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 18:56:48
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd.,    Norfolk, Virginia 23502
4329503        +E-mail/Text: jbrown.reevesrentajohn@yahoo.com Jun 13 2018 18:59:25      Reeves Rent-A John Inc.,
                 1015 Whites Ferry Road,    Falls, Pennsylvania 18615-7977
4329506         E-mail/PDF: cbp@onemainfinancial.com Jun 13 2018 18:56:46      Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, Indiana 47731-3251
4329505         E-mail/PDF: cbp@onemainfinancial.com Jun 13 2018 18:57:23      Springleaf Financial Services,
                 P.O. Box 3327,    Evansville, Indiana 47732
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4483980*        CitiFinancial Services, LLC,    P.O. Box 6043,    Sioux Falls , SD 57117-6043
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor   CitiFinancial Services, Inc. jschalk@barley.com,
               sromig@barley.com
              Michele A De Witt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com
              Tullio DeLuca    on behalf of Debtor 1 Deborah Ann Rokita tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Deborah Ann Rokita, aka Debbie A. Rokita, aka Debbie M. Rokita, aka Debbie Rokita, aka Deborah Rokita, aka Deborah A. Rokita, aka Debbie Maher Rokita, | Chapter | 13 |
| | Case No. | 5:13−bk−02998−JJT |

**Debtor 1**

Social Security No.:
xxx−xx−3820

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Deborah Ann Rokita** in accordance with §1328 of the Bankruptcy Code.

Dated:  June 13, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

**fnldec** (05/18)